PER CURIAM.
Affirmed on authority of Brady v. United States, 397 U.S. 742, 90 S.Ct. 1463, 25 L.Ed.2d 747; McMann v. Richardson, 397 U.S. 759, 90 S.Ct. 1441, 25 L.Ed.2d 763; and Parker v. North Carolina, 397 U.S. 790, 90 S.Ct. 1458, 1474, 25 L.Ed.2d 785, all of which cases were decided by the United States Supreme Court on May 4, 1970, upholding the validity of guilty pleas entered in open court by the respective defendants.
WIGGINTON, Acting C. J., CARROLL, DONALD K., and SPECTOR, JJ., concur.